**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02533-MSK

SYLVIA WORLEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the OPINION AND ORDER of Chief Judge Marcia S. Krieger entered on January 10, 2014, it is

ORDERED that the decision of the Administrative Law Judge is reversed and remanded in Plaintiff's SYLVIA WORLEY's Social Security Appeal. Accordingly, judgment is entered in favor of Plaintiff SYLVIA WORLEY and against Defendant Commissioner.  It is further

ORDERED that costs are awarded to the plaintiff and against the defendant, pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, upon the filing of a bill of costs within 14 days' entry of judgment.

   Dated at Denver, Colorado this 13th day of January, 2014.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  By: s/Edward P. Butler
                                  Edward P. Butler, Deputy Clerk